**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EN LIU,

     Petitioner,

    v.

ACTING WARDEN FACILITY ADMINISTRATOR OF THE ADELANTO DETENTION FACILITY, et al.

     Respondents.

Case No. 5:26-cv-00853-MRA-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents have not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Petition; (2) respondents shall immediately release petitioner from immigration custody; and (3) respondents are enjoined and restrained from re-detaining petitioner unless they

//

//

demonstrate, by clear and convincing evidence at a pre-deprivation hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community.

Dated: ___April 29, 2026___

_____
HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE