JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EN LIU,

               Petitioner,

        v.

ACTING WARDEN FACILITY ADMINISTRATOR OF THE ADELANTO DETENTION FACILITY, et al.

               Respondents.

Case No. 5:26-cv-00853-MRA-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: _____April 29, 2026_____

HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE